**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **LACEY MANRIQUEZ,** | |
| Plaintiff, | |
| v. | NO. 5:20-cv-00492-MAS |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| Defendant. | |

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion & Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **AFFIRMS** the administrative decision and **ENTERS JUDGMENT** in favor of Defendant Commissioner of Social Security;

2. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint (DE 1); and

3. The Court **STRIKES** this matter from its active docket.

This the 9th day of June, 2022.



Signed By:
Matthew A. Stinnett   MAS
United States Magistrate Judge